

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-24-00417-CV
_____

SUSANNE HURD, APPELLANT

V.

JAMES HURD, APPELLEE

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 71814-L2, Honorable Matthew C. Martindale, Presiding

January 15, 2025

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Susanne Hurd, appearing pro se, appeals from the trial court's *Order of Dismissal*. The trial court signed the order on January 16, 2023. As no post-judgment motions or requests for findings were filed, a notice of appeal was due within thirty days thereafter, by February 15, 2023. *See* TEX. R. APP. P. 26.1(a). Hurd filed a notice of appeal on December 30, 2024.

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). By letter of January 3, 2025, we notified Hurd that her notice of appeal appeared untimely and directed her to show how we have jurisdiction over the appeal. Hurd filed a response but has not demonstrated grounds for continuing the appeal.

Accordingly, we dismiss Hurd's untimely appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Per Curiam